# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANIBAL GONZALEZ,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** as Trustee of **UPLAND MORTGAGE LOAN TRUST A,**
Appellee.

No. 4D21-1192

[December 30, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 16-20364.

Ricardo Corona, Ricardo M. Corona and Yung Truong of Corona Law Firm, P.A., Miami, for appellant.

Christian J. Gendreau of Storey Law Group, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***